D. WAGONER *et al.* v. NEIL W. EVANS *et al.*

*Error from the District Court of Canadian County.*

*Horace Speed* and *W. W. Flood*, for plaintiffs in error.

*Thos R. Reid, County Attorney,* and *W. W. Bush,* for defendants in error.

PER CURIAM: This case is, in the view we take of it, identical with the case of *Gay & Reed v. The County Commissioners of Kay County et al.*, decided at this term of court, and the judgment of the trial court in this case is the same as that of the trial court in the case we have just decided, and without elaboration upon the questions presented, the judgment of the court below is affirmed.